# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBIN LANE,

    Plaintiff,

vs.

GEICO CASUALTY COMPANY,

    Defendant.

Case No. 2:17-cv-00240-JCM-GWF

**ORDER**

    This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated January 27, 2017, required the parties to file a Joint Status Report no later than February 26, 2017. To date the parties have not complied. Accordingly,

    **IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **March 13, 2017**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

    DATED this 6th day of March, 2017.

                                  GEORGE FOLEY, JR.
                                  United States Magistrate Judge