JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 477-0088 (fax)
jsilvestri@pyattsilvestri.com

Attorneys for Defendant,
*GEICO CASUALTY COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN LANE,<br><br>　　　　　　Plaintiff,<br><br>vs<br><br>GEICO CASUALTY COMPANY, a Maryland company; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　Defendants | CASE NO.:  2:17-cv-00240-JCM-GWF |

### STIPULATION TO STAY PROCEEDINGS PENDING BINDING ARBITRATION

WHEREAS, the parties have entered into a Stipulation for Binding Arbitration; and

WHEREAS, it is the intent of the parties that the proceedings in the above-entitled action be stayed pending the binding arbitration;

NOW, THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. That the above-entitled action is hereby stayed, pending the holding of a Binding Arbitration in this matter;

...

...

...

...

2. That at the conclusion of the arbitration and payment of any award, the parties will execute a Stipulation of All Claims With Prejudice to be submitted to this Court, dismissing this matter in full with prejudice.

DATED this 10 day of March 2017

GLEN LERNER INJURY ATTORNEYS

/s/Justin Randall
JUSTIN RANDALL ESQ.
Nevada Bar No. 12476
4795 S. Durango Drive
Las Vegas, Nevada 89147

Attorney for Plaintiff

DATED this 10 day of March 2017

PYATT SILVESTRI

/s/Emily R. Navasca
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
EMILY R. NAVASCA, ESQ.
Nevada Bar No. 13202
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorney for Defendant***Error! Reference source not found.***

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/23/2017

Lane vs. GEICO CASUALTY COMPANY 2:17-cv-00240-JCM-GWF