JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
Attorney for Defendant
GEICO CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN LANE, individually,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY, a Maryland company; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:17-cv-00240-JCM-GWF |

### STIPULATION AND ORDER
### FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel of record, that is, JUSTIN G. RANDALL, ESQ., of the law firm of GLEN LERNER INJURY LAWYERS, on behalf of Plaintiff, ROBIN LANE, and JAMES P.C. SILVESTRI, ESQ., of the law firm of PYATT SILVESTRI, on behalf of Defendant, GEICO CASUALTY COMPANY, that Plaintiff's Complaint be dismissed with prejudice, each party to bear their own costs.

. . .

. . .

. . .

. . .

Page 1 of 2

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000

| PYATT SILVESTRI | GLEN LERNER INJURY LAWYERS |
|---|---|
| *[signature]* Dated | *[signature]* 9/27/17 Dated |
| JAMES P. C. SILVESTRI, ESQ.<br>Nevada Bar No. 3603<br>701 Bridger Avenue, Suite 600<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant | JUSTIN G. RANDALL, ESQ.<br>Nevada Bar No. 12476<br>4795 S. Durango Drive<br>Las Vegas, NV 89147<br>Attorneys for Plaintiff |

## ORDER

IT IS SO ORDERED October 6, 2017, that Plaintiff's Complaint be dismissed with prejudice, each party to bear their own costs.

*[signature]* James C. Mahan
U.S. DISTRICT COURT JUDGE

Submitted By:

PYATT SILVESTRI

*[signature]*
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3063
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorney for Defendant

Robin Lane vs. Geico Casualty Company
Case No. 2:17-cv-00240-JCM-GWF
Stipulation and Order for Dismissal with Prejudice

Pyatt Silvestri
701 Bridger Ave
Suite 600
Las Vegas, NV 89101
(702) 383-6000